| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Yolked LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Toasted Yolked Southlake** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 4 – 3 9 4 6 5 1 8 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2820 E. Southlake Blvd.**<br>Number    Street<br><br>**Southlake        TX   76092**<br>City                State   ZIP Code<br><br>**Tarrant**<br>County | **Mailing address, if different from principal place of business**<br><br>**1215 Stafford St.**<br>Number    Street<br><br>P.O. Box<br><br>**Dallas         TX    75208**<br>City              State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City            State    ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **Yolked LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  Check all that apply:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Yolked LLC** _____   Case number (if known) _____

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                              MM / DD / YYYY |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>          District _____ When _____<br>                                  MM / DD / YYYY<br>          Case number, if known _____<br><br>          Debtor _____ Relationship _____<br>          District _____ When _____<br>                                  MM / DD / YYYY<br>          Case number, if known _____ |
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **Yolked LLC** _____  Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**  _____
                               Number    Street

                               _____

                               _____  _____  _____
                               City                                State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency  _____
            Contact name       _____
            Phone              _____

---

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated assets**

    | | | |
    |---|---|---|
    | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Yolked LLC** _____  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/15/2023**
MM / DD / YYYY

X **/s/ Ryan Patterson**
Signature of authorized representative of debtor

**Ryan Patterson**
Printed name

**Manager**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer** _____  Date **11/15/2023**
Signature of attorney for debtor                       MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number   Street

**1412 Main Street, Suite 500**

**Dallas**                                **TX**          **75202**
City                                      State          ZIP Code

**(972) 503-4033**                        **joyce@joycelindauer.com**
Contact phone                             Email address

**21555700**                              **TX**
Bar number                                State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 5

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Yolked LLC**                                                              CASE NO

                                                                      CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/15/2023                                                           Signature  /s/ Ryan Patterson
                                                                                                                         *Ryan Patterson*
                                                                                                                         *Manager*

Date  _____                                     Signature  _____

```
Atmos Gas
5430 Lyndon B. Johnson Fwy., Suite 1800
Dallas, TX 75240-2615



Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Calverley
5400 E. Loop 820 South
Fort Worth, TX 76119



Capital One
1680 Capital One Dr.
McLean, VA 22102-3491



Chow Now
2181 W. Bluff Creek Dr., Suite 200
Los Angeles, CA 90094



Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711-0000

Comptroller of Public Accounts
111 E. 17th Street
Austin, TX  78774-0100



Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Ecolab
1 Ecolab Place
St. Paul, MN 55102
```

```
Ecolab
2152 Riverbend W. Dr.
Fort Worth, TX 76118



Geva Coffee
2750 Fort Royal Dr., Suite A
Houston, TX 77038



Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242



Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346



Kite Realty Group Trust
30 S. Meridian St., Suite 1100
Indianapolis, IN 46204



Lovelace Payne
16200 Addison Road, Suite 200
Addison, TX 75001



Massey Services
7101 John W. Carpenter Freeway
Dallas, TX 75247



Massey Services
315 Groveland Street
Orlando, FL 32804



MDC Tri County Electric
200 Bailey Ranch Road
Aledo, TX 76008
```

```
MDC Tri County Electric
419 N. Main Street
Seymour, TX 76380



Simmons Bank
1120 Summit Ave., Suite 100
Fort Worth, TX 76102-3799



Simmons Bank
5950 Berkshire Lane, Suite 400
Dallas, TX 75225



Spectrum
400 Atlantic Street
Stamford, CT 06901



Spirit of Texas Bank, SSB
625 University Dr. East
College Station, TX 77840



Toasted  Yolk Franchisor
2129 W. Davis St., Suite C
Conroe, TX 77304



Toasted Yolk Franchisor
20008 Champion Forest Dr., Suite 301
Spring, TX 77379



Trimark
2801 South Valley Parkway, Suite 200
Lewisville, TX 75067



U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242
```

```
U.S. Foods
1992 Forest Lane
Garland, TX 75042



Unifirst
2900 N. Beach St.
Haltom City, TX 76111



US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


Val Pak
PO Box 847286
Los Angeles, CA 90084-7286
```